UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ZACHERY STEVEN LEE,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No. 1:26-cv-07264-FJS

ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS

(ECF No. 2)

Plaintiff Zachery Steven Lee ("Plaintiff"), proceeding with counsel, filed this action September 9, 2026. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The court has reviewed Plaintiff's application to proceed *in forma pauperis* and has determined that Plaintiff has made the showing required by section 1915(a). Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

3. The Clerk of the Court also is directed to issue summons and service shall proceed under the court's e-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES MAGISTRATE JUDGE